

# IN THE
# TENTH COURT OF APPEALS

---

## No. 10-16-00361-CV

## IN RE JORDAN RENEE HAMONS

---

## Original Proceeding

---

## MEMORANDUM OPINION

---

Relator's petition for writ of mandamus is denied.


AL SCOGGINS
Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
        (Chief Justice Gray dissenting)
Petition denied
Opinion delivered and filed January 11, 2017
[OT06]